No. 80–1278. SOWDERS, WARDEN v. CLEAVER. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. THE CHIEF JUSTICE and JUSTICE POWELL would grant certiorari.

No. 80–1322. FAMILIA DE BOOM ET AL. v. AROSA MERCANTIL, S. A., ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.